PROB 12B
(7/93)

Report Date: June 20, 2012

# United States District Court

## for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Jeremy M. Hannum    Case Number: 2:04CR00064-001

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: 8/31/2004    Type of Supervision: Supervised Release

Original Offense: Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) & 924    Date Supervision Commenced: 6/18/2012

Original Sentence: Prison - 37 Months;
TSR - 36 Months    Date Supervision Expires: 04/18/2014

## PETITIONING THE COURT

To remove the following special condition of supervised release:

16   You shall reside in a residential reentry center (RRC) for a period of up to 180 days. This placement may include a prerelease component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the directions of the CCM and USPO. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

## CAUSE

On January 25, 2008, Your Honor revoked the defendant's term of supervised release, and sentenced him to 14 months imprisonment, followed by 22 months of supervised release. As a condition of supervised release, the above-referenced special condition was ordered by the Court. On April 7, 2009, a one-count indictment was filed against the defendant under case number 2:09CR00044-001, charging Escape From Custody, in violation of 18 U.S.C. § 751(a). After entering a plea of guilty, the defendant was sentenced by Your Honor on December 8, 2009, to 30 months imprisonment, followed by 30 months of supervised release. On March 15, 2012, the defendant entered the Spokane Residential Reentry Center in Spokane, Washington, and began his transition to the community.

While residing at the RRC, the defendant established a suitable residence in Loon Lake, Washington, residing with his father and stepmother, and established gainful employment at Pro Collision Center in Spokane, Washington, working as a vehicle body repair mechanic.

The defendant's 30-month term of imprisonment ended June 18, 2012, at which time his concurrent 22-months and 30-months supervised release terms commenced. Due to the defendant's successful transition into the community, the special condition reflected above is no longer necessary to assist with re-entry services. Therefore, it is respectfully recommended that the Court remove the special condition of supervised release.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   06/20/2012

s/Shane Moore

Shane Moore
U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

Signature of Judicial Officer

6/20/2012
Date