PROB 12C
(7/93)

Report Date: December 17, 2012

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 18 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jeremy M. Hannum     Case Number: 2:04CR00064-001

Address of Offender:     Airway Heights, WA 99001

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: 8/31/2004

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm - 18 U.S.C. §§ 922(g)(1) and 924 | | |
| Original Sentence: | Prison - 37 Months<br>TSR - 36 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Russell E. Smoot | Date Supervision Commenced: | 6/18/2012 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: | 4/17/2014 |

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Numbers | Nature of Noncompliance
--- | ---
1, 2, & 3 | **Mandatory Condition #4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.
 | **Standard Condition #3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
 | **Special Condition #16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.
 | **Supporting Evidence**: On November 28, 2012, the offender failed to appear to provide a urine sample pursuant to his phase urinalysis program. On December 3, 2012, the offender provided a urine sample at the U.S. Probation Office that tested presumptively positive for methamphetamine. The offender reported to Supervising U.S. Probation Officer Matt Thompson that he had made a poor choice approximately 2 days prior and used methamphetamine.

Prob12C
Re: Hannum, Jeremy M.
December 17, 2012
Page 2

On December 4, 2012, the offender failed to appear to provide a urine sample pursuant to his phase urinalysis program.

On December 11, 2012, the offender failed to appear to provide a urine sample pursuant to his phase urinalysis program.

On December 12, 2012, the undersigned officer and USPO Cassie Lerch located the offender at his residence. He admitted that he had been using methamphetamine for approximately one month, and that his last use of methamphetamine was 2 days prior to the home contact. The offender was instructed to report to the U.S. Probation Office on December 14, 2012, by 12:00 p.m. to discuss the violation and potential resolutions. The offender failed to report to the U.S. Probation Office as directed.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/17/2012

s/Shane Moore

Shane Moore
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

12/18/2012
Date