FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 24, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEREMY M. HANNUM,<br><br>Defendant. | No. 2:04-CR-00064-MKD<br><br>ORDER DENYING DEFENDANT'S LETTER REQUEST TO VACATE CONVICTION<br><br>**ECF No. 142** |

Before the Court is Defendant Jeremy M. Hannum's one-page letter which "moves the court for entry of an order vacating [his] conviction for 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm." ECF No. 142 at 1. Defendant cites an Opinion issued May 9, 2024, in *United States v. Duarte*, No. 22-50048 (9th Cir.). He argues that "[t]his opinion invalidates my conviction for violation of 18 U.S.C. § 922(g)(1)." ECF No. 142 at 1.

Mr. Hannum cites no procedural basis for the request. The Clerk's Office has noted the letter as a motion pursuant to 28 U.S.C. § 2255. The Court declines to construe the letter as such a motion, as such motions are available to "prisoner[s]

ORDER - 1

in custody under sentence of a court established by Act of Congress." 28 U.S.C. § 2255(a). Defendant does not appear to be in custody. *See* ECF No. 142 at 2; ECF No. 138 (Revocation Judgment entered June 20, 2013, for imprisonment of one year and one day with credit for time served).

Finally, the Ninth Circuit Opinion in *Duarte* that Defendant offers to suggest his conviction should be invalidated has been vacated. *See* Order, No. 22-50048 (9th Cir. July 17, 2024), ECF No. 81.

Accordingly, **IT IS HEREBY ORDERED:**

1. The Motion within Defendant's Letter filed at **ECF No. 142**, is **DENIED.**

2. This Order shall not be read to foreclose or prejudice any future motion made to challenge Defendant's conviction on constitutional grounds.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to the United States, Defendant Jeremy M. Hannum, and the U.S. Probation Office.

DATED July 24, 2024.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2